ZCL COMPOSITES, INC.,
Plaintiff/Counterclaim
Defendant–Appellant,

and

ZCL–USA, INC., Counterclaim
Defendant–Appellant,

v.

XERXES CORPORATION,
Defendant/Counterclaimant–Cross
Appellant.

Nos. 99–1164, 99–1189.

United States Court of Appeals,
Federal Circuit.

Aug. 8, 2002.

*ORDER*

Upon review of the status report filed by Xerxes Corporation,

IT IS ORDERED THAT:

(1) These appeals are dismissed.

(2) Each side shall bear its own costs.